UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

SEP 1 0 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07MJ68 |
|---|---|---|
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| BILLY BRUCE PARKER | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Information in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This 9th day of September, 2007.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE